NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AXTS, INC.,**
*Plaintiff-Appellee*

**v.**

**F-1 FIREARMS, LLC,**
*Defendant-Appellant*

---

2021-1069

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:19-cv-02379, Judge Alfred H. Bennett.

---

## JUDGMENT

---

MIRANDA Y. JONES, Porter Hedges LLP, Houston, TX, argued for plaintiff-appellee.

STEVEN J. MITBY, Seiler Mitby, PLLC, The Woodlands, TX, argued for defendant-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 21, 2021             /s/ Peter R. Marksteiner
    Date                  Peter R. Marksteiner
                          Clerk of Court